WILLIAM J. SCOTT, Appellant, *v.* INTERNATIONAL PAPER COMPANY, Respondent.

Reported below, 125 App. Div. 318
(Argued May 31, 1909; decided June 8, 1909.)

MOTION for permission to withdraw appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 23, 1908, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

The motion was made upon the ground that the order of

reversal was silent as to whether the reversal was upon questions of law or of fact.

*Fred A. Baldwin* for motion.

*Henry Purcell, Jr.,* opposed.

Motion granted upon payment of ten dollars costs of motion and costs up to, but excluding, argument, within twenty days; upon failure to pay such costs within the time named, the appeal is dismissed, with costs.